### 7476.  WALKER v. MAYOR AND COUNCIL OF THE CITY OF MACON.

HILL, J.  The allegations of the petition showed that if any right of action
existed, it was in another than the plaintiff; and therefore the court did
not err in sustaining the demurrer and dismissing the petition.
                                        Judgment affirmed.

DECIDED DECEMBER 8, 1916.  JUDGE HILL, OF THE ATLANTA CIRCUIT, WAS
DESIGNATED TO SIT INSTEAD OF JUDGE HODGES, WHO WAS DISQUALIFIED.
                    DECIDED DECEMBER 8, 1916.

Action for damages; from the city court of Macon—Judge Hodges. April 8, 1916.

This action was for damages on account of incorrect measurement, laying off, and marking of land of the plaintiff at a street corner by the city engineer. From the petition it appeared that the plaintiff sold the land before the suit was brought.

*R. L. Berner,* for plaintiff. *W. D. McNeil,* for defendant.